THEODORA R. LEE, Bar No. 129892
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:  415.433.1940
Facsimile:  415.399.8490
E-mail: tlee@littler.com

JUDY M. IRIYE, Bar No. 211360
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Fax No.:   310.553.5583

Attorneys for Defendant
STRYKER CORPORATION

CHERYL KONELL RUGGIERO
JEROME J. KONELL
KONELL RUGGIERO & KONELL LLP
888 S. Figueroa Street, Suite 860
Los Angeles, CA  90017
Telephone:  213.538.1360
Fax No.:   213.538.1368

Attorneys for Plaintiff
KIMBERLY ELASKY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ELASKY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STRYKER CORPORATION; and DOES 1 - 25, inclusive,<br><br>　　　　　Defendants. | Case No. 2:11-CV-6269-DSF (CWx)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER AS MODIFIED BY THE COURT**<br><br>Trial Date:　　Not Set<br><br>*NOTE CHANGES MADE BY THE COURT* |

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ELASKY,<br><br>   Plaintiff,<br><br>   v.<br><br>STRYKER CORPORATION; and DOES 1 - 25, inclusive,<br><br>   Defendants. | Case No. 2:11-CV-6269-DSF (CWx)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER**<br><br>Trial Date:   Not Set |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

**ORDER**

Good cause appearing therefore, the terms of the Parties' Stipulation For Protective Order filed on March 8, 2012 are adopted by the Court as modified. The Parties shall adhere to the terms of the Stipulation For Protective Order unless **further** modified or otherwise ordered by the Court.

**IT IS SO ORDERED.**

DATED:   March 8, 2012

*Carla M. Woehrle*

HONORABLE CARLA WOEHRLE
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

Firmwide:109640399.1 028459.1051

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

1.