1  THEODORA R. LEE, Bar No. 129892
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA  94108.2693
   Telephone:  415.433.1940
4  Facsimile:   415.399.8490
   E-mail: tlee@littler.com
5
   JUDY M. IRIYE, Bar No. 211360
6  LITTLER MENDELSON
   A Professional Corporation
7  2049 Century Park East
   5th Floor
8  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
9  Fax No.:    310.553.5583

10 Attorneys for Defendant
   STRYKER CORPORATION
11
   CHERYL KONELL RUGGIERO
12 JEROME J. KONELL
   KONELL RUGGIERO & KONELL LLP
13 888 S. Figueroa Street, Suite 860
   Los Angeles, CA  90017
14 Telephone:  213.538.1360
   Fax No.:    213.538.1368
15
   Attorneys for Plaintiff
16 KIMBERLY ELASKY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY ELASKY, | Case No. 2:11-CV-6269-DSF (CWx) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER AS MODIFIED BY THE COURT** |
| v. | |
| STRYKER CORPORATION; and DOES 1 - 25, inclusive, | Trial Date:      Not Set |
| Defendants. | ***NOTE CHANGES MADE BY THE COURT*** |

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY ELASKY,<br><br>            Plaintiff,<br><br>    v.<br><br>STRYKER CORPORATION; and DOES 1 - 25, inclusive,<br><br>           Defendants. | Case No. 2:11-CV-6269-DSF (CWx)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR PROTECTIVE ORDER**<br><br>Trial Date:    Not Set |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

**ORDER**

Good cause appearing therefore, the terms of the Parties' Stipulation For Protective Order filed on March 8, 2012 are adopted by the Court as modified. The Parties shall adhere to the terms of the Stipulation For Protective Order unless **further** modified or otherwise ordered by the Court.

**IT IS SO ORDERED.**

DATED:   March 8, 2012

*/s/ Carla M. Woehrle*

HONORABLE CARLA WOEHRLE
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

Firmwide:109640399.1 028459.1051

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

1.